IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNILOC USA, INC., et al, § | | |
| *Plaintiffs*, § | | |
| § | Case No. 2:16-cv-00642-JRG | |
| v. § | LEAD CASE | |
| § | | |
| SAMSUNG ELECTRONICS AMERICA, INC. § | | |
| LINE EURO-AMERICAS CORPORATION and § | | |
| LINE CORPORATION § | Case No. 2:16-cv-00641-JRG | |
| *Defendants*. | | |

## ORDER

Having considered the Unopposed Motion to Dismiss with Prejudice (Dkt. No. 214) filed by Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg S.A. (collectively, "Uniloc"), the Court is of the opinion that the Motion should be and hereby is **GRANTED**. It is therefore **ORDERED** that:

1. Any and all claims by Uniloc against Line Euro-Americas Corporation and Line Corporation (together, "Line") are **DISMISSED WITH PREJUDICE**.

2. Uniloc and Line shall each bear their own attorney fees, expenses, and costs.

3. All other relief requested between Uniloc and Line is hereby **DENIED AS MOOT**.

The Clerk is directed to **CLOSE** member case 2:16-cv-641.

**So ORDERED and SIGNED this 17th day of April, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE